# EXHIBIT B

8/15/2019 Case: 1:19-cv-04292 Document #: 19-2 Filed: 08/22/19 Page 2 of 5 PageID #:124
CM/ECF LIVE, Ver 6.2.2 - U.S. District Court:OHSD

CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00983-ALM-NMK

Charvat v. GVN Michigan, Inc. et al
Assigned to: Judge Algenon L. Marbley
Referred to: Magistrate Judge Norah McCann King
Case in other court: USCA 6th, 08-03282
Cause: 00:0000 Cause Code Unknown

Date Filed: 11/20/2006
Date Terminated: 01/25/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Philip J Charvat**     represented by    **John William Ferron**
Ferron & Associates - 2
580 N Fourth Street
Suite 450
Columbus, OH 43215-2125
614-228-5225
Fax: 614-228-3255
Email: jferron@ferronlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A Messner**
Mac Murray, Petersen & Shuster LLP
6530 West Campus Oval
Suite 210
New Albany, OH 43054
614-939-9955
Fax: 614-939-9954
Email: lmessner@mslawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GVN Michigan, Inc.**     represented by    **James B Hadden**
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
614-488-0400
Fax: 614-488-0401
Email: hadden@mmmb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne M Hughes**
Porter Wright Morris & Arthur - 2
41 S High Street
Suite 2800

Columbus, OH 43215-6194
614-227-2000
Fax: 614-227-2196
Email: ahughes@porterwright.com
*ATTORNEY TO BE NOTICED*

**Scott Edward North**
Porter Wright Morris & Arthur - 2
41 S High Street
Suite 2800
Columbus, OH 43215-6194
614-227-2000
Fax: 614-227-2000
Email: snorth@porterwright.com
*TERMINATED: 02/22/2007*

Defendant

**An entity having the initials "HLK" of unknown address**

Defendant

**An entity having the initials "CMN" of unknown address**

Defendant

**An entity having the initials "IMS" of unknown address**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2006 | 1 | Remark/Civil Cover Sheet. (rew) (Entered: 11/21/2006) |
| 11/20/2006 | | Filing fee: $ 350.00, receipt number 253920. (rew ) (Entered: 11/21/2006) |
| 11/20/2006 | 2 | COMPLAINT filed by Plaintiff Philip J Charvat against GVN Michigan, Inc., An entity having the initials "HLK" of unknown address, An entity having the initials "CMN" of unknown address, An entity having the initials "IMS" of unknown address. (rew ) (Entered: 11/21/2006) |
| 11/21/2006 | 3 | Summons Issued as to GVN Michigan, Inc.. (rew ) (Entered: 11/22/2006) |
| 12/20/2006 | 4 | MOTION for Extension of Time to File Answer New date requested 1/8/2007. by Plaintiff Philip J Charvat, Defendant GVN Michigan, Inc.. (North, Scott) (Entered: 12/20/2006) |
| 12/21/2006 | 5 | NOTICE of Hearing: Pretrial Conference set for 2/7/2007 @ 02:00 PM in chambers before Norah McCann King. (jm1, ) (Entered: 12/21/2006) |
| 12/22/2006 | 6 | ORDER granting 4 Defendant GVN Michigan, Inc's Motion for Extension of Time to Answer the complaint by 1/8/2007. Signed by Judge Norah McCann King on 12/22/06. (er ) (Entered: 12/22/2006) |
| 01/05/2007 | 7 | NOTICE of Hearing:Status Conference set for 1/11/2007 @ 09:15 AM in chambers before Norah McCann King. (jm1, ) (Entered: 01/05/2007) |
| 01/08/2007 | 8 | MOTION for Extension of Time New date requested 2/22/2007. *to file Answer* by Defendant GVN Michigan, Inc.. (North, Scott) (Entered: 01/08/2007) |

| | | |
|---|---|---|
| 01/09/2007 | 9 | ORDER granting # 8 Motion for Extension of Time. Answer due 2/22/07. Signed by Judge Norah McCann King on 1/09/07. (rew ) (Entered: 01/10/2007) |
| 01/12/2007 | 10 | ORDER: Court will conduct a Settlement Conference on 2/7/2007 @ 10:00 AM before Judge Norah McCann King. Plaintiff will be personally present as will a representative of the named defendant who has full negotiating authority. Prior to the conf, defendant will make all reasonable efforts to identify the three telemarketers referred to in the complaint. Signed by Judge Norah McCann King on 1/12/07. (er ) (Entered: 01/12/2007) |
| 02/08/2007 | 11 | NOTICE of Hearing: Pretrial Conference set for 3/7/2007 @ 02:45 PM in chambers before Norah McCann King. (jm1, ) (Entered: 02/08/2007) |
| 02/22/2007 | 12 | ANSWER to Complaint by Defendant GVN Michigan, Inc..(Hughes, Anne) (Entered: 02/22/2007) |
| 02/22/2007 | 13 | Corporate Disclosure Statement by GVN Michigan, Inc.. (Hughes, Anne) (Entered: 02/22/2007) |
| 02/22/2007 | 14 | MOTION to Substitute Attorney by Defendant GVN Michigan, Inc.. (Hughes, Anne) (Entered: 02/22/2007) |
| 02/23/2007 | 15 | ORDER GRANTING 14 Motion to Substitute Attorney. Signed by Judge Norah McCann King on 2/23/07. (cjb) (Entered: 02/23/2007) |
| 03/01/2007 | 16 | REPORT of Rule 26(f) Planning Meeting. (Ferron, John) (Entered: 03/01/2007) |
| 03/07/2007 | 17 | MOTION for Partial Summary Judgment by Defendant GVN Michigan, Inc.. Responses due by 4/2/2007 (Hughes, Anne) (Entered: 03/07/2007) |
| 03/12/2007 | 18 | PRELIMINARY PRETRIAL ORDER: All discovery is stayed during the pendency of the motion for partial summary judgment, except that necessary to the resolution of that motion. A continued preliminary pretrial conference will be held following resolution of the motion for partial summary judgment. Signed by Judge Norah McCann King on 3/12/07. (rew ) (Entered: 03/12/2007) |
| 03/22/2007 | 19 | MOTION for Reconsideration re 18 Preliminary Pretrial Order, by Plaintiff Philip J Charvat. (Attachments: # 1 Affidavit Lisa A. Wafer# 2 Exhibit Nov. 6, 2006 Letter# 3 Exhibit Unreported opinion# 4 Exhibit Unreported opinion# 5 Exhibit Unreported opinion) (Ferron, John) (Entered: 03/22/2007) |
| 04/02/2007 | 20 | MOTION Refusal of Defendant's Motion for Partial Summary Judgement, or in the alternative, for a Continuance to Conduct Discovery re 17 MOTION for Partial Summary Judgment by Plaintiff Philip J Charvat. (Attachments: # 1 Affidavit Lisa A. Wafer)(Ferron, John) (Entered: 04/02/2007) |
| 04/05/2007 | 21 | NOTICE OF WITHDRAWL OF DOCUMENT by Defendant GVN Michigan, Inc. re 20 MOTION Refusal of Defendant's Motion for Partial Summary Judgement, or in the alternative, for a Continuance to Conduct Discovery re 17 MOTION for Partial Summary Judgment (Hughes, Anne) (Entered: 04/05/2007) |
| 05/14/2007 | 22 | ORDER denying 19 Motion for Reconsideration. Denying 20 motion for refusal of the motion for summary judgment. Plaintiff has until 5/31/2007 to respond to the motion for partial summary judgment. Signed by Judge Algenon L. Marbley on 5/14/2007. (cw, ) (Entered: 05/14/2007) |
| 05/31/2007 | 23 | RESPONSE in Opposition re 17 MOTION for Partial Summary Judgment filed by Plaintiff Philip J Charvat. (Attachments: # 1 Affidavit Philip J. Charvat# 2 Affidavit John W. Ferron# 3 Exhibit Unreported Opinion# 4 Exhibit Unreported opinion# 5 Exhibit Unreported opinion# 6 Exhibit Unreported Opinion) (Ferron, John) (Entered: 05/31/2007) |

| | | |
|---|---|---|
| 05/31/2007 | 24 | RESPONSE in Opposition re 17 MOTION for Partial Summary Judgment *Summary of Points and Authorities* filed by Plaintiff Philip J Charvat. (Ferron, John) (Entered: 05/31/2007) |
| 06/13/2007 | 25 | MOTION for Extension of Time to File Response/Reply as to 23 Response in Opposition to Motion, New date requested 6/21/2007. by Defendant GVN Michigan, Inc.. (Hughes, Anne) (Entered: 06/13/2007) |
| 06/13/2007 | 26 | ORDER granting 25 Unopposed MOTION for Extension of Time to File a Reply Memorandum in Support of Partial Summary Judgment by 6/21/2007. Signed by Judge Norah McCann King on 6/13/07. (er ) (Entered: 06/14/2007) |
| 06/21/2007 | 27 | RESPONSE in Support re 17 MOTION for Partial Summary Judgment *Defendant GVN Michigan, Inc.'s Reply Memorandum in Support of its Motion for Partial Summary Judgment* filed by Defendant GVN Michigan, Inc.. (Hughes, Anne) (Entered: 06/21/2007) |
| 01/25/2008 | 28 | ORDER granting 17 Motion for Partial Summary Judgment. This case is dismissed for lack of jurisdiction. Signed by Algenon L. Marbley on 1/25/2008. (west1, ) (Entered: 01/25/2008) |
| 01/25/2008 | 29 | CLERK'S JUDGMENT entered pursuant to Opinion and Order signed by Algenon L. Marbley on 1/25/2008. (west1, ) (Entered: 01/25/2008) |
| 02/20/2008 | 30 | NOTICE OF APPEAL as to # 29 Clerk's Judgment, and # 28 Order on Motion for Partial Summary Judgment by Plaintiff Philip J Charvat. Filing fee $ 455. (rew ) (Entered: 02/22/2008) |
| 02/20/2008 | | Filing fee: $ 455.00, receipt number 1810 (rew ) (Entered: 02/22/2008) |
| 03/14/2008 | | USCA Case Number 08-3282 for 30 Notice of Appeal filed by Philip J Charvat. (kk1) (Entered: 03/14/2008) |
| 04/10/2009 | 31 | OPINION of USCA as to 30 Notice of Appeal filed by Philip J Charvat (jcw) (Entered: 04/10/2009) |
| 04/10/2009 | 32 | USCA JUDGMENT as to 30 Notice of Appeal filed by Philip J Charvat (jcw) (Entered: 04/10/2009) |
| 05/22/2009 | 33 | MANDATE of USCA as to 30 Notice of Appeal: The Sixth Circuit AFFIRMS the District Court's order dismissing the case for lack of subject-matter jurisdiction. (er1 ) (Entered: 05/25/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/15/2019 11:21:10 | | | |
| **PACER Login:** | pedersen:2613676:0 | **Client Code:** | 201990215 ms |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-00983-ALM-NMK |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |