# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : : : | Case No. 1:19-cv-04292 |
| | : | Judge Rebecca R. Pallmeyer |
| Plaintiff, | : : | |
| v. | : : | |
| OXFORD MARKETING PARTNERS, LLC, | : : | |
| Defendant. | : : | |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE
### AND MEMORANDUM IN SUPPORT

Plaintiff Jourey Newell respectfully requests that the Court dismiss this case without prejudice pursuant to Rule 41(a)(2). A memorandum in support and proposed order are attached.

PLAINTIFF,
By his attorneys

Dated: January 31, 2020

**/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com
misny@mmmb.com

Lauren E. Urban (6293832)
1424 N. Hoyne Ave.
Chicago, IL 60622
(419) 344-1146
lauren.elizabeth.urban@gmail.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**MEMORANDUM IN SUPPORT**

Plaintiff seeks an order of dismissal without prejudice, pursuant to Rule 41(a)(2). Plaintiff's request is supported by the plain language of the Rule; moreover, no reason exists to deny Plaintiff's request.

Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "The purpose of this rule is to allow voluntary dismissals unless the parties will be unfairly prejudiced." *Redding v. Ameriprise Auto & Home Ins.*, No. DKC 11-3141, 2012 U.S. Dist. LEXIS 52192, at *9 (D. Md. Apr. 13, 2012) (quoting *Davis v. USX Corp.*, 819 F.2d 1270, 1273 (4th Cir. 1987)) (citation omitted).

Plaintiff seeks dismissal of this action because he has encountered difficulty securing classwide call records from the Defendant and third party vendors and believes it may be more efficient to pursue individual claims including Pennsylvania state law claims in his local state court.

Defendant will not be prejudiced in any way because this litigation is still in its early stages, and little discovery has taken place. No depositions have taken place, and a minimal amount of documents have been produced. No trial date has been set, and no deadlines have yet passed on issues related to discovery or class certification.

In the absence of prejudice to Defendant, Plaintiff's request should be granted without limitation. Accordingly, Plaintiff respectfully submits that the Court grant his request for an order dismissing his Complaint without prejudice. If Plaintiff chooses to re-file his case, Defendant is free to seek relief under Rule 41(d) in a later-filed action, if any.

|  |  |
|---|---|
|  | PLAINTIFF,<br>By his attorneys |
| Dated: January 31, 2020 | **/s/ Brian K. Murphy**<br>Brian K. Murphy (6225697)<br>Jonathan P. Misny<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215<br>(614) 488-0400<br>(614) 488-0401 facsimile<br>murphy@mmmb.com<br>misny@mmmb.com<br><br>Lauren E. Urban (6293832)<br>1424 N. Hoyne Ave.<br>Chicago, IL 60622<br>(419) 344-1146<br>lauren.elizabeth.urban@gmail.com<br><br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, the foregoing was filed using the CM/ECF system, which will automatically provide notice to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy