# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jourey Newell

                    Plaintiff,

v.                                            Case No.: 1:19–cv–04292
                                                      Honorable Rebecca R. Pallmeyer

Oxford Marketing Partners, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to dismiss without prejudice [26] is granted. Defendant's motion to strike class allegations [14] is terminated. Motion hearing and status hearing dates of 2/5/2020 are stricken. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.